IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 1:07CR19-CSC |
| | [18 U.S.C. 641, 18 U.S.C 13, |
| v. | AL Code 13A-11-52] |
| MASAE RENA CRUMB | INFORMATION |

The United States Attorney charges that:

## COUNT I

On or about the ~~15th~~ 30th of October 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, MASAE RENA CRUMB did knowingly steal, purloin, conceal and retain, with intent to convert to her use or use of another, a thing of value of the United States Government, valued at $1,000.00 or less, to wit: a belly button ring, three multipurpose tools, deodorant, cologne, tweezers, and a raquetball, in violation of Title 18, Section 641, United States Code.

## COUNT II

On or about the ~~15th~~ 30th of October, at Fort Rucker, Alabama, in the Middle District of Alabama, MASAE RENA CRUMB did knowingly carry and conceal a handgun on her person while at a premises not her own, to wit: a .22 caliber revolver in her purse at the Fort Rucker Post Exchange, in violation of Title 18, Section 13, United States Code and Alabama Code Section 13A-11-52.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*Kent Brunson*
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

Offense date corrected per 7/31/07 Order (Doc #25) granting
Motion to Correct/Amend (Doc. #24)

Case 1:07-cr-00019-SRW     Document 1     Filed 02/21/2007     Page 2 of 3

*(signature)*
NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9708

STATE OF ALABAMA        )    AFFIDAVIT
                        )
DALE COUNTY             )

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. Investigation revealed that at approximately 3 P.M., October 30th, 2006, Linda Scott, a PX employee, observed a woman pick up various items including a belly button ring, three multipurpose tools, deodorant, cologne, tweezers, and a raquetball and put them in her purse. The woman left the store without rendering proper payment. The woman, identified as MASAE RENA CRUMB, was detained, and the items were discovered in her purse. Upon inventorying the items in her purse, a .22 caliber revolver was discovered. She was transported to the military police station for further processing. The items were later returned to the PX.

KATHERYNE E. HOOVER, SGT, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this __30__ day of _JANUARY_ 2007.

NOTARY PUBLIC

My commission expires: 13 DEC 2010