IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CRIM. NO.   1:07cr19-CSC |
| | ) | |
| MASAE RENA CRUMB | ) | |

**ORDER**

The court having set this case for trial on the July 9, 2007 term, it is

**ORDERED** that a final pretrial conference be and is hereby set for **June 18, 2007 at**

**1:00 p.m.** in Courtroom 4B, United States Courthouse Complex, One Church Street,

Montgomery, Alabama.

Done this 10th day of May, 2007.

         /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE