IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 1:07CR19-CSC |
| | ) | |
| MASAE RENA CRUMB | ) | |

**ORDER**

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. #14) filed on July 2, 2007, it is hereby

**ORDERED** that the defendant's change of plea hearing be and is hereby set for **July 10, 2007** at **10:00 a.m.,** Soldiers Service Center, Building 5700, Fort Rucker, Alabama.

Done this 3rd day of July, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE