UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) ) | Case No. 107-CR-00019–SRW |
| MASAE RENA CRUMB | ) ) | |

### MOTION FOR LEAVE TO DISMISS COUNT ONE OF THE INFORMATION

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court, in accord with the oral motion and order entered on July 11th, 2007, for leave to dismiss Count I of the Information heretofore filed in the above styled cause to MASAE RENA CRUMB on the following grounds, to wit:

In the interests of justice.

Respectfully submitted this the 12th day of July, 2007.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Nathan T. Golden
NATHAN T. GOLDEN
Special Assistant United States Attorney
453 Novosel Street, Room 320
Fort Rucker, Alabama 36362
(334) 255-9708
Nathan.golden@conus.army.mil

## MOTION GRANTED

THIS 12TH DAY OF July, 20 07

_____
UNITED STATES MAGISTRATE JUDGE