UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No. 1:07-CR-00019--SRW |
| | ) | |
| MASAE RENA CRUMB | ) | |

O R D E R

Upon consideration of the government's Motion for Leave to Amend Information (Doc. # 24), filed on July 26, 2007 in the above styled cause, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

DONE, this 31st day of July, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE