PROB 12B
(7/93)

# United States District Court

## for

## Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Masae Rena Crumb         Case Number: 1:07CR00019-SRW

Name of Sentencing Judicial Officer: Susan Russ Walker, United States Magistrate Judge

Date of Original Sentence: September 12, 2007

Original Offense: Theft of Government Property, 18 USC 641

Original Sentence: One (1) year term of probation

Type of Supervision: Probation         Date Supervision Commenced: September 12, 2007

### PETITIONING THE COURT

[ ]   To extend the term of supervision for ___ years, for a total term of ___ years.
[X]   To modify the conditions of supervision as follows:

The defendant shall participate in the home confinement program, with electronic monitoring for a period of <u>four (4) months</u> to begin at a time designated by the probation officer.  You shall follow the procedures specified by the probation officer.  The cost of electronic monitoring is waived.

### CAUSE

**Violation of condition of supervision that states, "The defendant shall not commit another federal, state, or local crime."**

On October 13, 2007, the defendant was arrested in Ozark, Alabama by the Ozark Police Department, and charged with Theft of Property 3rd Degree.  Officers responded to Walmart where Crumb had been observed by Loss Prevention staff members concealing merchandise in her purse.  Crumb concealed a People Magazine, one (1) NCAA Visofilm, one (1) four pack of DD batteries, and one (1) eight pack of AA batteries.  This case is pending in Ozark Municipal Court.

Recommendation:

It is recommended that the conditions of probation be modified as noted above.  Crumb signed a Waiver of Hearing to Modify Conditions of Probation and it is attached for your review.  Crumb has stable residence with her mother and all drug screens have been negative.

I declare under penalty of perjury that the foregoing is true and correct.

           Executed on November 27, 2007


             /s/ Louis D. Johns, Jr.
             Louis D. Johns, Jr.
             U.S. Probation Officer


Reviewed and approved: /s/ Robert A. Pitcher
          Robert A. Pitcher, Senior U.S. Probation Officer/OIC


THE COURT ORDERS:

[ ] The Modification of Conditions as Noted Above
[ ] Issuance of Summons
[ ] No Action
[ ] Other


             Susan Russ Walker
             United States Magistrate Judge


                Date

Prob. 49
(3/89)

United States District Court

_____MIDDLE_____ District _____ALABAMA_____

UNITED STATES OF AMERICA

    v.                                            Docket No. 1:07CR00019-SRW

MASAE RENA CRUMB

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

      I hereby agree to the modification of my probation:

The defendant shall participate in the home confinement program,
with electronic monitoring for a period of four (4) months to begin
at a time designated by the probation officer. You shall follow the
procedures specified by the probation officer. The cost of
electronic monitoring is waived.

Witness: _____  Signed: _____
            U. S. Probation Officer               Probationer

Date: 11-9-07