PROB 12B
(7/93)

# United States District Court

## for

## Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Masae Rena Crumb                Case Number: 1:07CR00019-SRW

Name of Sentencing Judicial Officer: Susan Russ Walker, United States Magistrate Judge

Date of Original Sentence: September 12, 2007

Original Offense: Theft of Government Property, 18 USC 641

Original Sentence: One (1) year term of probation

Type of Supervision: Probation          Date Supervision Commenced: September 12, 2007

### PETITIONING THE COURT

[ ]  To extend the term of supervision for ___ years, for a total term of ___ years.
[X]  To modify the conditions of supervision as follows:

The defendant shall participate in the home confinement program, with electronic monitoring for a period of <u>four (4) months</u> to begin at a time designated by the probation officer. You shall follow the procedures specified by the probation officer. The cost of electronic monitoring is waived.

### CAUSE

**Violation of condition of supervision that states, "The defendant shall not commit another federal, state, or local crime."**

On October 13, 2007, the defendant was arrested in Ozark, Alabama by the Ozark Police Department, and charged with Theft of Property 3rd Degree. Officers responded to Walmart where Crumb had been observed by Loss Prevention staff members concealing merchandise in her purse. Crumb concealed a People Magazine, one (1) NCAA Visofilm, one (1) four pack of DD batteries, and one (1) eight pack of AA batteries. This case is pending in Ozark Municipal Court.

Recommendation:

It is recommended that the conditions of probation be modified as noted above. Crumb signed a Waiver of Hearing to Modify Conditions of Probation and it is attached for your review. Crumb has stable residence with her mother and all drug screens have been negative.

PROB 12B
(7/93)

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  November 27, 2007

/s/ Louis D. Johns, Jr.
Louis D. Johns, Jr.
U.S. Probation Officer

Reviewed and approved:   /s/ Robert A. Pitcher
Robert A. Pitcher, Senior U.S. Probation Officer/OIC

THE COURT ORDERS:

[✓]   The Modification of Conditions as Noted Above
[ ]   Issuance of Summons
[ ]   No Action
[ ]   Other

Susan Russ Walker
United States Magistrate Judge

11/28/07
Date